

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **19MJ0224** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 18, U.S.C., Secs. 922(g)(1) – Felon in Possession of a Firearm |
| JON RENEE PEART, aka Bubba, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

### Count 1

On or about November 27, 2018, within the Southern District of California, defendant JON RENEE PEART, aka Bubba, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm that traveled in and affected interstate commerce, to wit: .45 caliber Ruger P90 pistol; in violation of Title 18, United States Code, Section 922(g)(1).

//
//

1   And the complainant states that this complaint is based on the
2 attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Chad D. Joseph
Bureau of Alcohol, Tobacco, and Firearms

Sworn to before me and subscribed in my presence, this 18 day of January, 2019.

_____
HON. LINDA LÓPEZ
UNITED STATES MAGISTRATE JUDGE

2

STATEMENT OF FACTS

On November 27, 2018, at approximately 2:51 p.m., San Pasqual Tribal Police observed a Nissan sedan being driven at a high rate of speed northbound on South Canal Road. San Pasqual Tribal Police estimated the speed of the vehicle at 60 miles per hour in a 30 miles per hour zone. The San Pasqual Tribal Police were able to catch up to the vehicle as it was turning onto the property located at 42026 South Canal Road, Valley Center, California, in the Southern District of California.

The driver of the Nissan, later identified as JON RENEE PEART, aka Bubba, refused to stop his vehicle and instead put his vehicle into reverse and backed away from the marked patrol vehicle. PEART continued in reverse until he was parallel with another parked vehicle which was parked against a row of trees and other large pieces of equipment. Once parked, PEART exited his vehicle and refused any and all orders given to him by the officer. Due to PEART's non-compliant behavior, the officer requested an emergency response by the San Diego Sheriff's Department.

Shortly thereafter, a SDSD Deputy arrived on the scene and assisted the officer with PEART. Eventually, PEART came out from behind the two parked vehicles and was placed in handcuffs and detained. Law enforcement subsequently located a .45 caliber Ruger model P90 handgun bearing serial number 663-80208 with a loaded magazine inserted underneath the rear of the parked vehicle next to which PEART was standing prior to being detained.

A criminal record check of PEART revealed he had prior felony convictions and was prohibited from possessing a firearm. PEART also was convicted of more than one violent felony. PEART was placed under arrest and a Sheriff's Deputy conducted a search incident to arrest of PEART's person. Inside PEART's front right side pants pocket was approximately

12.25 grams (gross) of a white crystalline substance, which later presumptively tested positive as methamphetamine.

PEART spontaneously informed law enforcement that there was a box of ammunition under the front seat of the Nissan he had been driving and stated, "You got me, so fuck it, right?" Law enforcement located a box of .45 caliber ammunition on the front passenger floorboard in the location described by PEART. The ammunition matched the type found in the firearm. Additionally, law enforcement located two cellular telephones on PEART's person and an additional two cellular telephones in a backpack belonging to PEART, the Target Devices. The backpack was located in the Nissan that PEART was driving when contacted by law enforcement.

In a post-Miranda statement, PEART admitted that he was returning home to drop off the ammunition that was located in the Nissan and admitted that the firearm located by law enforcement belonged to him. PEART further advised that he had traded a Glock 21 for the .45 caliber Ruger P90 pistol and that he possessed the firearm for protection because he feared the Vallerso 13 gang would come after him. PEART advised that the gang recently shot at one of his associates.

Law enforcement arrested PEART and booked him into county jail on November 27, 2018. Investigators consulted an ATF expert and learned that Ruger P90 pistols are not manufactured in the state of California.