

FILED
Feb 21 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ danielles DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **19CR585-AJB** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm; Title 18, U.S.C., Sec. 924(d)(1), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |
| JON RENEE PEART, aka Bubba, | |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about November 27, 2018, within the Southern District of California, defendant JON RENEE PEART, aka Bubba, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a .45 caliber Ruger P90 pistol; in violation of Title 18, United States Code, Section 922(g)(1).

//
//

MCB
2/20/19

FORFEITURE ALLEGATION

1. The allegations contained in Count 1 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count 1 of this Indictment, defendant JON RENEE PEART, aka Bubba, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, a .45 caliber Ruger model P90 handgun and rounds of .45 caliber ammunition.

DATED: February **21**, 2019.

ROBERT S. BREWER JR.
United States Attorney

By: /s/
MATTHEW BREHM
Assistant U.S. Attorney