AO 442 (Rev. 11/11) Arrest Warrant

~~NOT FOR PUBLIC VIEW~~

FILED
APR 10 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MMG DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19CR585-AJB |
| | ) | 19MJ0224 |
| JON RENEE PEART, | ) | 73687-298 |
| aka Bubba | ) | |
| Defendant | ) | |

10791684
10791986

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JON RENEE PEART, aka Bubba                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

DATE: 1/22/19
ARRESTED BY: ATF

This offense is briefly described as follows:
Felon in possession of a firearm.

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _Marie_

RECEIVED
2019 JAN 18 PM 2:22
U.S. MARSHALS-S/CA

Date: 1/18/19

*Issuing officer's signature*

City and state:    San Diego, California                        Hon. Linda Lopez
                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                                                                    _____
                                                                                                   *Arresting officer's signature*

                                                                                                   _____
                                                                                                   *Printed name and title* |

ATF
10791986