UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JON RENEE PEART,<br><br>               Defendant. | Case No. 19cr0585-AJB<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

     On July 22, 2019, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of JON RENEE PEART ("Defendant") in all firearms and ammunition seized in connection with this case, including, a **.45 caliber Ruger model P90 handgun; and approximately thirty-eight (38) rounds of .45 caliber ammunition**, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), as properties involved in the commission of the offense of conviction, specifically, violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

     Subsequent to the entry of the Preliminary Order of Criminal Forfeiture, the United States discovered the firearm and ammunition also included a Magazine used for holding ammunition and included with the forfeited .45 caliber Ruger model P90 handgun.

     The Magazine, which was also forfeited with the firearm and ammunition, and for purposes of disposition by the United States, is considered abandoned by Defendant as

part of his Plea Agreement, will be disposed of by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").

For thirty (30) consecutive days ending on November 7, 2019, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the firearm and ammunition in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third-parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

There were no potential third parties known to the United States to have alleged an interest in the forfeited firearm and ammunition; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited firearm and ammunition described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third-party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of JON RENEE PEART and any and all third-parties in the following properties are hereby condemned, forfeited, and vested in the United States of America: **.45 caliber Ruger model P90 handgun [SN:663-80208]; approximately thirty-eight (38) rounds of .45 caliber [Aguila] ammunition; and a Magazine [Unknown Ammunition CAL:45]**.

IT IS FURTHER ORDERED that ATF dispose of the properties forthwith in accordance with the law.

Dated:  October 13, 2021

Hon. Anthony J. Battaglia
United States District Judge